1  BENJAMIN B. WAGNER
   United States Attorney
2  YASIN MOHAMMAD
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare St.
4  Fresno, CA 93721
   (559) 497-4000
5

FILED

NOV - 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
                    DEPUTY CLERK

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  CASE NO. 1:11-mj-228 (BAM)
                                       )
12          Plaintiff,                 )
                                       )  **APPLICATION TO UNSEAL**
13          v.                         )  **CRIMINAL COMPLAINT AND**
                                       )  **ARREST WARRANTS**
14  VICTOR MANUEL TORRES, FERNANDO     )
    QUINTERO, AND ALFONSO MINJARES     )
15  ESTRADA,                           )
                                       )
16          Defendants.                )
                                       )
17  _____)

18
        The United States of America hereby applies for an order unsealing the criminal complaint and
19
    arrest warrants in the above-captioned case, because all charged defendants have been arrested.
20

21                                          BENJAMIN B. WAGNER
                                            United States Attorney
22

23  DATED: November 3, 2011              By:    /s/ Yasin Mohammad
                                                YASIN MOHAMMAD
24                                              Assistant U.S. Attorney

25

26

27

28

                                        1

1    IN THE UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF CALIFORNIA

3

4    UNITED STATES OF AMERICA,            )  CASE NO. 1:11-mj-228 (BAM)
                                          )
5              Plaintiff,                 )  **ORDER UNSEALING CRIMINAL**
                                          )  **COMPLAINT AND ARREST**
6        v.                               )  **WARRANTS**
                                          )
7    VICTOR MANUEL TORRES, FERNANDO       )
     QUINTERO, AND ALFONSO MINJARES       )
8    ESTRADA,                             )
                                          )
9              Defendants.                )
                                          )
10   ——————————————————————————————

11       IT IS HEREBY ORDERED THAT the criminal complaint and arrest warrants in the above-

12   captioned case be UNSEALED, because all charged defendants have been arrested.

13

14

15   Dated: November __, 2011

16                                          HON. BARBARA A. McAULIFFE
                                            U.S. Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28

                                            2